UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM BECKLER,

            Plaintiff,

   - against -

UNITED STATES MARSHALS SERVICE, JOHN DOE 1, and JOHN DOE 2,

           Defendants.

20 CV 6253 (JGK)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/19/2020

---

JOHN G. KOELTL, District Judge:

    Because the matter has been referred to the Magistrate Judge for all purposes, the conference scheduled for today, November 19, 2020 at 3:00 p.m. is canceled.

    SO ORDERED.

Dated:    New York, New York
          November 19, 2020

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                                   United States District Judge