```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021

WILLIAM BECKLER,

                      Plaintiff,

     -against-

UNITED STATE MARSHALS SERVICE, JOHN
DOE 1, JOHN DOE 2,

                      Defendants.

```
----------------------------------------------------------------X
```

20-CV-6253 (KHP)

**STATUS ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    The parties in the above-captioned case were required to submit a status report updating the Court on the progress of discovery by January 29, 2021.  (ECF No. 11.)  No status report was filed.  As a courtesy, the Court will allow the parties to file the status letter by no later than February 11, 2021.

        **SO ORDERED.**

DATED:    New York, New York
               February 2, 2021

                                                            _____
                                                             KATHARINE H. PARKER
                                                             United States Magistrate Judge