```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM BECKLER,

                                Plaintiff,

            -against-

UNITED STATES MARSHALS SERVICE,
JOHN DOE 1, JOHN DOE 2,

                                Defendants.

-----------------------------------------------------------------X

20-CV-6253 (KHP)

**STATUS ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The parties in the above-captioned case were required to submit a status report updating the Court on the progress of discovery by March 4, 2021.  (ECF No. 14.)  No status report was filed.  As a courtesy, the Court will allow the parties to file the status letter by no later than March 18, 2021.  Failure to comply with this order or further orders by the Court may result in sanctions.

       SO ORDERED.

DATED:     New York, New York
               March 8, 2021

                                                      *Katharine H Parker*
                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge