UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

WILLIAM BECKLER,

                                  Plaintiff,

            -against-

UNITED STATES MARSHALS SERVICE,
JOHN DOE 1, JOHN DOE 2,

                                Defendants.

-----------------------------------------------------------------X

**20-CV-6253 (KHP)**

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/11/2021

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference scheduled for Tuesday, May 11, 2021 at 11:30 a.m. is hereby rescheduled to **Monday, May 25, 2021 at 11:30 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

        SO ORDERED.

DATED:    New York, New York
                May 11, 2021

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge