```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM BECKLER,

                      Plaintiff,

      -against-

UNITED STATES MARSHALS SERVICE,
JOHN DOE 1, JOHN DOE 2,

                      Defendants.
-----------------------------------------------------------------X

20-CV-6253 (KHP)

**STATUS ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties in the above-captioned case were required to submit a status report updating the Court on the progress of settlement discussions and/or discovery by August 25, 2021. (ECF No. 23.) No status report was filed. As a courtesy, the Court will allow the parties to file the status letter by no later than September 30, 2021.

SO ORDERED.

DATED:    New York, New York
              September 24, 2021

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge